UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ABSOLUTE NEVADA, LLC,

                            Plaintiff,                                    19-cv-11479 (PKC)

       -against-

                                                                    ORDER

GRAND MAJESTIC RIVERBOAT COMPANY
LLC,

                            Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        **LET JOSEPH L. BAER SHOW CAUSE AT A HEARING TO BE HELD ON AUGUST 4, 2020 AT 2 P.M. IN COURTROOM 11D OF THE DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE, 500 PEARL STREET, NEW YORK, NEW YORK, WHY AN ORDER OUGHT NOT BE ENTERED FINDING HIM IN CIVIL CONTEMPT OF THE COURT'S ORDER OF JANUARY 6, 2019.  (DOC. 19).  THE MANNER IN WHICH JOSEPH L. BAER IS ALLEGED TO HAVE VIOLATED THE COURT'S JANUARY 6, 2019 ORDER IS AS SET FORTH IN "ABSOLUTE NEVADA, LLC'S APPLICATION FOR AN ORDER TO SHOW CAUSE" FILED ON JULY 1, 2020, (DOC. 23), AND AS SUPPLEMENTED BY THE DECLARATIONS OF JAMES D. KLEINER FILED JULY 1, 2020, (DOC 26), AND JULY 6, 2020, (DOC. 29), AS WELL AS THE DECLARATION OF VICKI PORTER FILED JULY 1, 2020, (DOC. 25).**

        The Court advises Mr. Baer that he should retained counsel.

        Counsel for Absolute Nevada, LLC shall serve this Order upon Mr. Baer and file an affidavit of service within five (5) days.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       July 8, 2020