UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ABSOLUTE NEVADA, LLC,

                          Plaintiff,                                19-cv-11479 (PKC)

     -against-

                                                               ORDER

GRAND MAJESTIC RIVERBOAT COMPANY
LLC,

                          Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Show Cause Hearing will proceed as scheduled on August 4, 2020 at 2:00 p.m. in Courtroom 11D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. To facilitate access to the Courthouse on the day of the hearing, follow the instructions attached to this Order. Remote public access to this proceeding is available through the following call-in information:

        <u>Dial-in</u>:     (888) 363-4749

        <u>Access Code</u>:   3667981

        SO ORDERED.

                                                               P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
          July 28, 2020

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process.  Follow the instructions and fill out the questionnaire.  If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

<https://app.certify.me/SDNYPublic>



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.