UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ABSOLUTE NEVADA, LLC,

                        Plaintiff,                      19-cv-11479 (PKC)

    -against-

                                                            ORDER

GRAND MAJESTIC RIVERBOAT COMPANY
LLC,

                        Defendant.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

        Capt. Joseph Baer, a non-party contemnor, has moved for a "stay of proceedings" until ten (10) days after the ruling on Baer's appeal of the dismissal of his "Petition for Preliminary Injunction . . . enjoining Absolute Nevada, [its lawyer,] and the current Arbitration panel . . . pending appeal."

        There is no reason for the Court to stay proceedings. The Arbitration panel issued a Partial Final Award in favor of Absolute Nevada LLC against Grand Majestic Riverboat Company LLC ("Grand Majestic") on March 25, 2020. (Doc 65-4.) Absolute Nevada has moved to confirm the award against Grand Majestic. Absolute Nevada and Grand Majestic are the only two parties to the action in this Court. Absolute Nevada's motion seeks no relief against non-party Baer and on the face of the Partial Final Award no relief was granted or denied to Baer. If a stay is denied, Baer is not required to do anything in this Court, except purge his contempt, refrain from further contumacious conduct and pay the penalties incurred to date on his contempt.

Mailed to Joseph Baer April 26, 2021

Although not expressly sought by Baer, the Court will <u>sua sponte</u> stay effective immediately the running of further financial penalties under the Court's Order of September 1, 2020, pending the disposition of his earlier appeal from the finding of contempt.

Baer is advised that filings by unrepresented persons should be directed to the Pro Se Intake Unit, Room 200, 500 Pearl St, New York, NY 10007 and not to Chambers. He is directed to the Court's website at https://nysd.uscourts.gov/prose for more information. He may also contact the Pro Se Intake Unit by telephone at 212-805-0175. Admitted attorneys, such as counsel for Absolute Nevada, are permitted to make certain filings in a case without the involvement of the judge presiding.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
April 26, 2021