UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ABSOLUTE NEVADA, LLC,                              1:19-CV-11479 (PKC)

               Plaintiff,

- against -

GRAND MAJESTIC RIVERBOAT COMPANY LLC,    **JUDGEMENT**

               Defendant.
----------------------------------------------------------------x

      An Order of the Honorable P. Kevin Castel, United States District Judge, having been filed on May 17, 2021 (Doc. 72), GRANTING the petition of plaintiff, Absolute Nevada, LLC., (Doc. 65) to confirm the March 25, 2020 partial final arbitration award of New York arbitrators ("Partial Final Award") and enter judgment thereon, in favor of plaintiff and against defendant, Grand Majestic Riverboat Company, LLC in the sum awarded of $81,016.31, together with interest awarded thereon, at a rate of 5% per annum, to run from March 25, 2020 to the date of entry of judgment (such interest amounting to $4,852.26, as of this filing date of May 31, 2021 and accruing thereafter, from June 1, 2021, in the daily sum of $11.10), and FURTHER GRANTING plaintiff's request for an award of its contractual entitlement to reasonable attorneys' fees and costs expended for the petition and

      The Court having considered the declaration of counsel for plaintiff counsel, filed May 31, 2021 (Doc. 74-1), supporting such award of plaintiff's attorneys' fees and costs in the sum of $1,255; as well as defendant's opposition, if any (Doc. ___); and having found said sum of $1,255 to be reasonable

{NY235993.2 }

NOW, on the petition of Hill, Betts & Nash LLP., attorneys for plaintiff, Absolute Nevada, LLC., it is:

**ORDERED AND ADJUDGED**, that said Partial Final Award is confirmed as a judgment of this Court; and

**FURTHER ADJUDGED** that plaintiff, Absolute Nevada, LLC. ("Plaintiff") recover from defendant, Grand Majestic Riverboat Company ("Defendant"), the sum awarded of $81,016.31, with interest on that sum at 5% per annum from March 25, 2020 until entry of judgment, in the sum of $ 5096.46 , together with Plaintiff's attorneys' fees and costs in the sum of $ 1,255 , making in all the judgement sum of $ 87367.77 , with post-judgement interest calculated pursuant to 28 U.S.C. § 1961 until the date the judgement is paid and that plaintiff have execution therefore.

Judgement signed this 22nd day of June, 2021.

/PKC/

_____
Honorable P. Kevin Castel