UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ABSOLUTE NEVADA, LLC,

                         Plaintiff,                              19-cv-11479 (PKC)

             -against-

                                                                ORDER

GRAND MAJESTIC RIVERBOAT COMPANY
LLC,

                         Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

             The Court will deem Capt. Joseph Baer's notice filed on September 3, 2021 as a

motion to intervene pursuant to Rule 24.  Parties shall respond within 14 days.


             SO ORDERED.


                                        P. Kevin Castel
                                        United States District Judge


Dated: New York, New York
       September 3, 2021