UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ABSOLUTE NEVADA, LLC,

                Plaintiff,                       19-cv-11479 (PKC)

    -against-

                                                        ORDER

GRAND MAJESTIC RIVERBOAT COMPANY
LLC,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court has considered the motion for reconsideration of the Order of September 29, 2022, filed by Joseph Baer, and it (Doc 117) is DENIED.

        The Court will consider the arguments set forth in the motion as Baer's position on the setting of a remedy for the affirmed finding of civil contempt and directs Absolute Majestic LLC to respond within 14 days of this Order.

        The November 21, 2022 hearing stands as ordered.

        SO ORDERED.

                                                                        P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
         October 25, 2022

Mailed to Joseph Baer on October 25, 2022.