UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ABSOLUTE NEVADA, LLC,

                        Plaintiff,                      19-cv-11479 (PKC)

    -against-

                                                        <u>ORDER</u>

GRAND MAJESTIC RIVERBOAT COMPANY
LLC,

                        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The Court has set a hearing for November 21, 2022 at 2 p.m. in Courtroom 11D of the United States Courthouse, 500 Pearl Street, New York, NY, on all pending motions, including but not limited to those filed by Joseph Baer (e.g. Docs 104, 105, 108) and the motion by Absolute Nevada, LLC to set the remedy for the adjudicated finding of contempt that has been affirmed by the United States Court of Appeals for the Second Circuit (Doc 98).

       **THE COURT CONCLUDES THAT MR. BAER'S PERSONAL APPEARANCE AT THE HEARING IS NECESSARY AND HE IS ORDERED TO APPEAR.  INDEED, HE IS ON NOTICE THAT HE MAY BE CALLED AS A WITNESS, <u>INTER</u> <u>ALIA</u>, ON THE CONTEMPT REMEDY.  SEE, e.g. RULE 614, FED. R. CIV. P.**

       **MR. BAER IS AGAIN ADVISED TO CONSIDER RETAINING A LAWYER ADMITTED TO PRACTICE IN THIS DISTRICT TO REPRESENT HIM.**

                                                    Mailed to Joseph Baer on November 2, 2022.

MR. BAER'S "MOTION TO MODIFY THE COURT'S ORDER OF 9/29/22 & MOTION TO APPEAR TELEPHONICALLY OR VIDEO CONFERENCE FOR HEARING SET FOR 11/21/22" (DOC 121) IS DENIED.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:   New York, New York
         November 3, 2022

Mailed to Joseph Baer on November 2, 2022.