UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ABSOLUTE NEVADA, LLC,

                Plaintiff,                19-cv-11479 (PKC)

    -against-

                                                ORDER

GRAND MAJESTIC RIVERBOAT COMPANY
LLC,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       Joseph Baer's Renewed Motion for Stay Pending Writ of Mandamus and Renewed Motion to Modify the Court's Order of 29SEP2022 and Motion to Appear Telephonically or Video Conference for Hearing Set for 21NOV2022 are DENIED.

       SO ORDERED.

                                                  P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
          November 21, 2022

Mailed to Joseph Baer on November 21, 2022.