UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ABSOLUTE NEVADA, LLC,                                    1:19-CV-11479 (PKC)

          Plaintiff,

  - against -

GRAND MAJESTIC RIVERBOAT COMPANY LLC,       **JUDGMENT**

          Defendant.
-------------------------------------------------------------------x

Orders of the Honorable P. Kevin Castel, United States District Judge, having been filed on September 17, 2021 (Doc. 91) and December 14, 2022 (Doc. 138), GRANTING the motion of plaintiff, Absolute Nevada, LLC., (Doc. 80) to confirm the partial final arbitration awards of New York arbitrators dated July 6 2021 (Doc. 81-1) and August 5, 2021 (Doc. 81-2) and enter judgment thereon, in favor of plaintiff against interested party, JOSEPH L. BAER and defendant, Grand Majestic Riverboat Company, LLC, jointly and severally; AND, pursuant to Federal Rules of Civil Procedure rule 54 (b) there being no just reason for delay; NOW THEREFORE, on the said motion of plaintiff, Absolute Nevada, LLC., it is

**ORDERED AND ADJUDGED**, that said partial final arbitration awards of New York arbitrators dated July 6 2021 (Doc. 81-1) and August 5, 2021 (Doc. 81-2) are hereby confirmed along with all findings, rulings, declarations, orders and awards therein, as a judgment of this Court in favor of Plaintiff, ABSOLUTE NEVADA, LLC, and against Interested Party, JOSEPH L. BAER and defendant, GRAND MAJESTIC RIVERBOAT COMPANY LLC, jointly and severally; and it is

Emailed and mailed to Mr. Baer 2/14/2023

{NY251077.1 }

**FURTHER ORDERED, ADJUDGED AND DECLARED** consistent with said award in Doc 81-1 (page 10 ¶2) that the lien filed with the UNITED STATES COAST GUARD, NATIONAL VESSEL DOCUMENTATION CENTER, on July 1, 2020, by Interested Party, JOSEPH L. BAER, having an address of 633 Brandtly Ridge Drive, Covington, KY 41014, and established per notice of claim of lien on June 15, 2020, and Recorded in the amount of $17,095.00, batch no. 77487500, doc. ID. no. 3, against the M/V AMERICANA, Official No. 928931 IS WAIVED, INVALID AND OF NO EFFECT and SHOULD BE REMOVED FROM THE RECORD; and it is

**FURTHER ADJUDGED** that plaintiff, Absolute Nevada, LLC. recover from JOSEPH L. BAER and defendant, GRAND MAJESTIC RIVERBOAT COMPANY, LLC jointly and severally, the sums awarded of $29,209.13 (being the $12,800 awarded in the July 6, 2021 partial final award, Doc. 81-1 (Page 10, ¶8); and the $16,409.13 in the August 5, 2021 partial final award, Doc. 81-2 (Page 3, ¶2 and ¶3)), with interest on said sum of $29,209.13 at 5% per annum (or $4 per day) from July 6, 2021 until entry of judgment, in the total sum of $ 2,352.00 (with no sum included here for Plaintiff's attorneys' fees and costs), with post-judgement interest calculated pursuant to 28 U.S.C. § 1961 until the date the judgement is paid and that plaintiff have execution therefor.

Judgement signed this 14th day of February 2023.

_____, USDJ
Honorable P. Kevin Castel

{NY251077.1}